SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB ANDREW THOMAS )<br><br>Plaintiff, )<br><br>v. )<br><br>FRANK BISIGNANO, )<br>Commissioner of Social Security, )<br><br>Defendant. )<br> ) | Case No.: 3:25-cv-00545-CLB<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**<br><br>[ECF No. 17] |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 20, 2026          Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                        */s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on February 19, 2026)
Attorney for Plaintiff

Dated: February 20, 2026          Respectfully submitted,

                        SIGAL CHATTAH
First Assistant United States Attorney

                        I certify that Artificial Intelligence was not used to prepare the foregoing document

                        */s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: February 20, 2026

2